**Exhibit A to the Complaint**

**Location:** Englewood, CO  
**Total Works Infringed:** 32  
**IP Address:** 73.14.114.25  
**ISP:** Comcast Cable

| Work | Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | 38C7E5746A3FDD697968C49275B81836A9454790 | 05/14/2019 03:54:17 | Vixen | 10/06/2018 | 11/01/2018 | PA0002141493 |
| 2 | 0D5FB0229BB896030F25C3B8B468E2B54000B9E1 | 02/16/2019 05:01:03 | Vixen | 11/25/2018 | 01/22/2019 | PA0002149840 |
| 3 | 1018A676073B24EB9A7384E7BF56686079E27B27 | 04/26/2019 19:04:14 | Tushy | 07/20/2018 | 09/05/2018 | PA0002134598 |
| 4 | 1B99BCB48901142E0B0F76F0AFF83CA8A7B487C9 | 02/14/2019 14:16:20 | Tushy | 10/18/2018 | 11/25/2018 | PA0002136724 |
| 5 | 1F3C71A8C75CE5A96C4CDFC55B75C9DBFE80BA96 | 04/26/2019 19:28:12 | Vixen | 10/26/2018 | 12/10/2018 | PA0002145824 |
| 6 | 1F6D2B8B3E349D95C7205A9E6C7826A7CFF8E1F1 | 02/15/2019 18:59:25 | Tushy | 04/11/2017 | 06/15/2017 | PA0002037579 |
| 7 | 212233EE2FCA29382E08E89DEC524AA4AAAF6E88 | 04/28/2019 02:45:56 | Blacked Raw | 11/21/2018 | 12/18/2018 | PA0002141915 |
| 8 | 3350AD6ED2ECD3F20CA9BFAB853A3CED164589B0 | 04/26/2019 19:31:40 | Blacked Raw | 08/05/2018 | 09/01/2018 | PA0002119682 |
| 9 | 381BDB453192B9B75233C9EE50A69C3D78761F29 | 03/12/2019 16:03:46 | Tushy | 11/27/2018 | 01/22/2019 | PA0002149851 |
| 10 | 39AD5B58AA96023EF698F66ACF5820C5B35250DA | 06/03/2019 13:17:44 | Vixen | 02/03/2018 | 02/20/2018 | PA0002104152 |
| 11 | 3AF342FFAE34E88BB4EDFE585C8B5917F5C64C5E | 04/14/2019 14:29:21 | Blacked Raw | 03/23/2019 | 04/08/2019 | PA0002164877 |
| 12 | 3F270D99BA6AD25ECA5DA3F1A19E9EE0BD1A3B75 | 03/12/2019 17:27:51 | Vixen | 02/13/2019 | 03/11/2019 | PA0002158413 |
| 13 | 45D4AF0C0675541261833DD3255ABBED35C8CBD4 | 03/12/2019 14:46:41 | Blacked Raw | 12/20/2018 | 01/22/2019 | PA0002147906 |
| 14 | 4F66CB8B23BA0087866331E186EA7328DB385A98 | 06/03/2019 14:10:06 | Vixen | 03/25/2018 | 04/17/2018 | PA0002116726 |
| 15 | 733188B563BF15CED19162980E4D587EC3C32F1D | 02/15/2019 19:37:53 | Vixen | 01/04/2018 | 01/15/2018 | PA0002070947 |
| 16 | 80F4781860CA14A36CFF0ED5574EB7817FDE4D80 | 04/28/2019 02:36:19 | Vixen | 12/30/2017 | 01/15/2018 | PA0002070944 |
| 17 | 8A906C5A23F35028EFDE5B9C81D9EE277ACA0275 | 02/15/2019 19:20:32 | Vixen | 04/24/2018 | 06/19/2018 | PA0002126671 |

| Work | Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 18 | 9576D10D0253F5954B16C9C17C755541603FEB3B | 04/25/2019 16:57:56 | Tushy | 01/31/2019 | 02/22/2019 | PA0002155140 |
| 19 | 96CA0D7FF3B563FD057436FBC325B6FF3EB237B7 | 05/14/2019 02:50:22 | Tushy | 03/07/2019 | 03/31/2019 | PA0002163981 |
| 20 | A2F12D22A1ED9F23F0499A8DAA8C8F65CAE2A0F7 | 04/27/2019 03:14:19 | Vixen | 04/09/2018 | 06/19/2018 | PA0002126676 |
| 21 | B219D12248F1CA666493E6415186170418E22D01 | 12/21/2018 16:16:43 | Vixen | 12/05/2017 | 01/04/2018 | PA0002097413 |
| 22 | C6A1BFC8E6A06324D0570107BDE676316E8F8911 | 02/15/2019 17:16:12 | Vixen | 03/15/2018 | 04/17/2018 | PA0002116747 |
| 23 | CF44AF5CE5402AACA83EE520058A58ADB23AD014 | 04/26/2019 19:58:07 | Vixen | 09/11/2018 | 10/16/2018 | PA0002127780 |
| 24 | D375F105B52A3AC98CBB404F4E4BF08B2820686C | 03/12/2019 14:49:50 | Vixen | 01/09/2019 | 02/02/2019 | PA0002155377 |
| 25 | D870E9A9EFB570C5601C29A4E0E1167ED5E3ABA4 | 03/12/2019 14:45:39 | Tushy | 05/26/2018 | 07/14/2018 | PA0002128078 |
| 26 | DFCCBFB7EED852E6617D609C4731A1744A9862A9 | 02/15/2019 14:09:01 | Tushy | 05/16/2018 | 06/19/2018 | PA0002126446 |
| 27 | E10259BB09AFE9410D944641E94048900ADEF0F2 | 05/14/2019 03:45:49 | Blacked | 12/11/2017 | 01/04/2018 | PA0002097429 |
| 28 | EE4D29BA667E69950AA31279F7FA846BF696BF9D | 05/14/2019 03:49:10 | Blacked | 08/03/2018 | 09/01/2018 | PA0002119596 |
| 29 | EECBC957C07B74E8D2C3EDDF2447E1E531CFB050 | 05/28/2019 14:45:36 | Tushy | 06/10/2017 | 07/07/2017 | PA0002074096 |
| 30 | F6CE08796E7200EA0845FF9313369CF337C207BF | 06/03/2019 13:17:53 | Vixen | 07/28/2018 | 09/01/2018 | PA0002119572 |
| 31 | F7376CEB79F8F49F4AA0A5D72A07C3C7310723CA | 06/03/2019 14:16:54 | Vixen | 10/31/2018 | 12/10/2018 | PA0002145830 |
| 32 | FF487258F6D9E2E846445A223A569DF217B200E8 | 02/15/2019 18:38:37 | Tushy | 04/01/2018 | 04/17/2018 | PA0002116061 |